1  Corinne Chandler - SBN: 111423
   E-Mail: cchandler@kantorlaw.net
2  Glenn R. Kantor, State Bar No. 122643
   E-mail: gkantor@kantorlaw.net
3  KANTOR & KANTOR LLP
   19839 Nordhoff Street
4  Northridge, California 91324
   (818) 886 2525 (Tel)
5  (818) 350 6272 (Fax)

6  Attorneys for Plaintiff, LORI JEAN KLEES

7

8  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
   NORMAN LAU (SBN 253690)
9  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
10 Redwood City, CA  94063-2052
   Telephone:  (650) 364-8200
11 Facsimile:   (650) 780-1701
   Email:      pamela.cogan@rmkb.com, robert.forni@rmkb.com,
12 norman.lau@rmkb.com

13 Attorneys for Defendant,
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LORI JEAN KLEES, | Case No.  2:15-CV-00992 DDP (AJWx) |
|---|---|
| Plaintiff, | **PROTECTIVE ORDER REGARDING VIEWING, DISCLOSURE, DISSEMINATION AND CUSTODY OF CONFIDENTIAL DOCUMENTS AND INFORMATION** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

   Upon consideration of the Parties' Stipulated Protective Order dated November 23, 2015, ("Protective Order"), and finding good cause thereon, IT IS HEREBY ORDERED that the terms of the Protective Order shall govern the handling and disclosure, dissemination and custody of confidential documents and

4852-5392-7723.1

[PROPOSED] PROTECTIVE ORDER REGARDING VIEWING, DISCLOSURE, DISSEMINATION AND CUSTODY OF CONFIDENTIAL DOCUMENTS AND INFORMATION CASE NO. 2:15CV00992 DDP

1  information produced in this action.

3  Dated: December _9___, 2015



_____
Hon. Andrew J. Wistrich
United States Magistrate Judge

4852-5392-7723.1

- 2 -

[PROPOSED] PROTECTIVE ORDER REGARDING VIEWING, DISCLOSURE, DISSEMINATION AND CUSTODY OF CONFIDENTIAL DOCUMENTS AND INFORMATION CASE NO. 2:15CV00992 DDP