PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
NORMAN LAU (SBN 253690)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:  pamela.cogan@rmkb.com; robert.forni@rmkb.com; norman.lau@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI JEAN KLEES,<br><br>          Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>          Defendant. | Case No.  2:15CV-00992 DDP (AJWx)<br><br>**DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S NOTICE OF SETTLEMENT**<br><br><br>**Judge:    Hon. Andrew J. Wistrich** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff LORI JEAN KLEES and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON have reached a settlement of all claims and causes of action in the above-referenced action.  The Parties are in the process of preparing the dismissal, which Defendant

anticipates will be completed and filed within the next thirty (30) days.

Dated:  February 12, 2016  ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Robert M. Forni, Jr.*
PAMELA E. COGAN
ROBERT M. FORNI, JR.
NORMAN LAU
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON