PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
NORMAN LAU (SBN 253690)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:   (650) 780-1701
Email:       pamela.cogan@rmkb.com; robert.forni@rmkb.com; norman.lau@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON


CORINNE CHANDLER (SBN 111423)
GLENN R. KANTOR (SBN 122643)
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone:  (818) 886 2525 (Tel
Facsimile:   (818) 350 6272
Email:       cchandler@kantorlaw.net; gkantor@kantorlaw.net

Attorneys for Plaintiff, LORI JEAN KLEES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI JEAN KLEES,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | Case No.  2:15CV-00992 DDP (AJWx)<br><br>**STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**Judge:**   Hon. Dean D. Pregerson |

**IT IS HEREBY STIPULATED** by and between the Plaintiff LORI JEAN KLEES and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties

and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

    Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby attest that all signatories to this Stipulation, and all parties on whose behalf the filing is submitted, have authorized its filing.

Dated:  February 29, 2016    KANTOR & KANTOR LLP

By:  */s/ Corinne Chandler*
CORINNE CHANDLER
GLENN R. KANTOR
Attorneys for Plaintiff,
LORI JEAN KLEES

Dated:  February 29, 2016    ROPERS, MAJESKI, KOHN & BENTLEY

By:  */s/ Robert M. Forni, Jr.*
PAMELA E. COGAN
ROBERT M. FORNI, JR.
NORMAN LAU
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON