UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI JEAN KLEES, | Case No. 2:15CV-00992 DDP (AJWx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | **Judge:    Hon. Dean D. Pregerson** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | **[CLOSED]** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Dated: March 02, 2016

Hon. Dean D. Pregerson
United States District Judge